**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**BRACEY L. MYLES** CIVIL ACTION

VERSUS **NO. 26-534-JWD-RLB**

**AMAZON.COM LLC**

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated October 13, 2026 (Doc. 15), to which an objection was filed and considered (Doc. 16);

**IT IS ORDERED** that Defendant's Rule 12(b)(6) Motion to Dismiss Plaintiff's Complaint (Doc. 12) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE**.[1]

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on October 27, 2026.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

[1] Plaintiff did not oppose or otherwise address any of the arguments in the Motion to Dismiss, or otherwise demonstrate facts that could be pled to overcome any alleged deficiencies. In addition, based on the analysis set forth above, any amendment would be futile.